[No. 67168-5-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS A. SHERRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00356-4, Theodore F. Spearman, J. Pro Tem., entered April 29, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 67169-3-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID CRAWFORD, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL DAVID CRAWFORD.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00568-4, Gary R. Tabor, J., entered April 8, 2010, together with a petition for relief from personal restraint. Judgment *reversed in part* and *remanded* and petition *granted* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Ellington, J. Now published at 164 Wn. App. 617.

[No. 67430-7-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES VICTOR COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02343-2, Lisa R. Worswick, J., entered April 12, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Spearman, JJ.